404 A.2d 1356

Commonwealth v. McIntyre, Appellant.

Petition for Allowance of Appeal Denied May 21, 1979.

Submitted March 20, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

404 A.2d 1356

Commonwealth v. Mowery, Appellant.

Commonwealth ex rel. Mowery v. Hewitt.

Appeal of Mowery.

Submitted September 15, 1978. Charles E. Mowery, in pro. per.; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Orders affirmed.

CERCONE, P. J., concurred in the result.